# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**GREGORY JONES,**

               **Plaintiff,**

    **v.**                                    **Case No.  14-C-0341**

**UNITED STATES DEPARTMENT OF**
**VETERANS AFFAIRS,**

               **Defendant.**

---

## <u>ORDER</u>

On June 14, 2014, I warned the plaintiff that unless he filed, within twenty-one days, a response to the defendant's motion for judgment on the pleadings or for summary judgment, I would consider the motion unopposed and would grant it.  <u>See</u> Civil L.R. 7(d) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion.").  More than twenty-one days have passed, yet the plaintiff has not filed a response to the motion.  Therefore, **IT IS ORDERED** that the defendant's motion for judgment on the pleadings or for summary judgment is **GRANTED**.  This action is dismissed with prejudice.

Dates at Milwaukee, Wisconsin, this 19th day of July, 2014.


s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge